# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

UNITED STATES OF AMERICA,

v.   CR 417-069

STEVEN SMITH,

Defendant.

## ORDER

Before the Court is Defendant Steven Smith's motion for appointment of counsel. Dkt. No. 54. Therein, Defendant requests the aid of counsel to help him file a post-judgment motion to challenge the constitutionality of his 18 U.S.C. § 922(g) conviction and/or a motion to reduce his sentence pursuant to Federal Rule of Criminal Procedure 35. Id.

The Court **DENIES** Defendant's motion. There is no automatic constitutional right to counsel in post-conviction proceedings in a criminal case. See Pennsylvania v. Finley, 481 U.S. 551, 555 (1987); United States v. Webb, 565 F.3d 789, 794 (11th Cir. 2009) (citing Barbour v. Haley, 471 F.3d 1222, 1227 (11th Cir. 2006)); Hooks v. Wainwright, 775 F.2d 1433, 1438 (11th Cir. 1985); see also Barbour, 471 F.3d at 1227-32 (even defendants sentenced to death do not enjoy a constitutional right to post-conviction

counsel). The Court has broad discretion when determining whether to appoint counsel in a post-conviction proceeding and should do so only in exceptional circumstances. United States v. Alford, 816 F. App'x 375, 376 (11th Cir. 2020). Here, Defendant has shown no exceptional circumstances warranting appointment of counsel.

## CONCLUSION

Defendant's motion for appointment of counsel, dkt. no. 54, is **DENIED**.

**SO ORDERED**, this 21 day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA